UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ERIC McALPINE,

                 Plaintiff,

  -against-                                                 9:02-CV-1081
                                                                    (LEK/GJD)

THOMAS M. POOLE,

                 Defendant.

**DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on June 13, 2006, by the Honorable Gustave J. DiBianco, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 22).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1.  In the interval of at least fifteen days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.[1]

---

[1] The Court, however, notes two errors, which do not otherwise impact in a material manner upon the Report-Recommendation.  First, **Detectives Smola and Kluge** located the owner of the car according to the Transcript at page 351, and not Detectives Quonce and Broton as stated in the Report.  See Report-Rec. (Dkt. No. 22) at 6.  Second, the pin citation in Duncan v. Henry was incorrectly cited as 513 U.S. 364, 36-66 (1995), while the correct citation is 513 U.S. 364, **365-66** (1995).  See Report-Rec. (Dkt. No. 22) at 11.

1

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 22) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Petitioner's Petition for writ of habeas corpus (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:    September 29, 2006
          Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge